**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA  92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Fresno Credit Bureau d/b/a Creditors Bureau USA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHA WHITE,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTIC CLINICAL LABORATORIES INC., and FRESNO CREDIT BUREAU d/b/a CREDITORS BUREAU USA,<br><br>Defendants. | CASE NO.:  2:23-cv-9398-AB-MAR<br><br>**DEFENDANT FRESNO CREDIT BUREAU D/B/A CREDITORS BUREAU USA'S NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Fresno Credit Bureau d/b/a Creditors Bureau USA d/b/a CBUSA ("Defendant"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

Defendant certifies that Defendant has not parent company, and no publicly held corporation owns ten percent or more of Defendant.

Dated: December 18, 2023  **GOODMAN LAW FIRM, APC**

By: */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
Fresno Credit Bureau d/b/a Creditors Bureau USA

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127

1
NOTICE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: December 18, 2023

By:   /s/ Brett B. Goodman<br>Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127