JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHA WHITE<br><br>        Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; and FRESNO CREDIT BUREAU d/b/a CREDITORS BUREAU USA.<br><br>        Defendants. | Case No.: 2:23−cv−09398−AB−PVC<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; and FRESNO CREDIT BUREAU d/b/a CREDITORS BUREAU USA.** |

The Court **APPROVES** the Parties' Stipulation of Dismissal with Prejudice as to Defendants Quest Diagnostics Clinical Laboratories, Inc.; and Fresno Credit Bureau d/b/a Creditors Bureau USA. This action is **DISMISSED WITH PREJUDICE** against Defendants Quest Diagnostics Clinical Laboratories, Inc., and Fresno Credit Bureau d/b/a Creditors Bureau USA.

**IT IS ORDERED.**

Dated: December 3, 2024

_____
Honorable Andre Birotte Jr.
United States District Judge